# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-CR-00216-ALM |
| | § | Judge Mazzant/Judge Nowak |
| NOAH RONTE GLADSTONE, | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 29, 2016, the report of the Magistrate Judge (Dkt. #42) was entered containing proposed findings of fact and recommendations that Defendant Noah Ronte Gladstone's Motion to Suppress (Dkt. #33) be denied.

Having received the report of the Magistrate Judge, and a notice of no objection having been received (Dkt. # 43), this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report (Dkt. #42) as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Noah Ronte Gladstone's Motion to Suppress (Dkt. #33) is **DENIED**.

**IT IS SO ORDERED.**
SIGNED this 20th day of July, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE