## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § <br> § <br> **v.** § **CRIMINAL NO. 4:15CR216** <br> § <br> **NOAH RONTE GLADSTONE** § <br> § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months, followed by a term of four (4) months detention in a halfway house. If space is not available in a halfway house, Defendant shall be placed on home detention at a residence approved in advance by the supervising officer for a term of four (4) months following release from the Bureau of Prisons. After Defendant spends the term of four (4) months in either a halfway house or on home detention, Defendant shall serve a term of eighteen (18) months supervised release with the previously imposed conditions.

**IT IS SO ORDERED.**

**SIGNED** this 7th day of October, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE