# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:15-CR-216-ALM-KPJ-1** |
| | § | |
| **NOAH RONTE GLADSTONE (1)** | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 18, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #104) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months, to be served consecutively to any other sentence imposed, with no term of supervised release to follow. Additionally, the Magistrate Judge recommended that Defendant receive substance abuse treatment while incarcerated at the appropriate Federal Bureau of Prisons facility. Finally, the Magistrate Judge recommended Defendant be placed at a Federal Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #105), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months, to be served consecutively to any other sentence imposed, with no term of supervised release to follow. Defendant shall receive substance abuse treatment while incarcerated at the appropriate Federal Bureau of Prisons

facility. Further, the Court recommends Defendant be placed at a Federal Bureau of Prisons facility

in El Reno, Oklahoma, if appropriate.

**SIGNED this 22nd day of October, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE